### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

## Memorandum of Law

#### Bein Media Group, LLC v. Bein.com, et al. --- Index No.: 18-CV-11061

### Plaintiff

beIN Media Group llc.

### Defendant

Mr. Zicha

Mr. Zicha submits this Memorandum of Law to appear 'pro se' to oppose the Motion of Settlement Enforcement against him by **Plaintiff.**

(the "Affidavit / Declaration" document is also included)

( 30 pages of Exhibits Document attached)

1. **I - Mr. Zicha am resident of the United Kingdom.**

   As a resident of the UK, I have no contacts in the U.S. and no way to defend myself in the Boston, Massachusetts and I believe that the Plaintiff cannot invoke the Court's jurisdiction against me personally to enforce the alleged agreement.

   **As I can see, the Plaintiff admits that the court itself does not have personal jurisdiction over me (Mr.Zicha). Yet, The Plaintiff asked to brought 'in rem' under the anticybersquatting, but the fact is that the Plaintiff always knew my exact address - you can see both arguments in: [ ref.: FIRST AMENDED COMPLAINT - Civil Action No. 1:18-CV-11061 - section ¶¶ 10-11] With all respect, if even the Plaintiff admits that the court itself does not have personal jurisdiction over me (Mr.Zicha) it should also mean that the court can NOT enforce an alleged agreement between myself (Mr.Zicha) and the Plaintiff.**

2. **I – Mr. Zicha have bought the bein.com back in 2008. This is at least 4
   years before Plaintiff** – beIN Sports as a brand first launched back in
   June 2012 in France.

   **I Mr.Zicha have never harmed the Plaintiff in any way and I believe
   there is no good faith argument under law that I could have possibly
   violated the anticybersquatting by registering beIN.com and related
   domain names. As Plaintiff very well knows, I have and been using them
   in legitimate hosting business, beINhosting, and UK entity beINservices,
   Ltd., since 2009.  –  It's a fact that that beIN Sports as a brand did
   not exists until June 2012 and beIN Media Group network until it was
   founded on 1 January 2014.**
   **The Plaintiff filings failed to disclose** that – I – Mr. Zicha have also
   incorporated **beINservices Ltd in 2009** – to server online services and
   beIN.com. I have later incorporated the 'beIN.com Ltd' in May 2016 only
   to separate beIN.com from beINservices.

   **The Plaintiff filings failed to disclose** that – I – Mr. Zicha have also
   established **beINhosting.com** – the Domain Name and Hosting **since 2009** as
   a part of beINservices Ltd and I use it since.

   **The Plaintiff incorrectly said,** that beIN.com isn't alive project – I –
   Mr. Zicha have spent last 10 years working on beIN.com and related
   services. Spending over £350.000,- – 40.000 hours of work. beIN.com is
   very much alive and ready to be live again. I'm more than happy to
   provide you with over 200.000 lines of code to prove that beIN.com is
   still up and running project. To be more specific, I have been using
   beIN.com heavily for my own Professional Networking Community: The
   purpose of beIN was is to create opportunities for skilled and talented
   individuals to find other individuals in the same field, providing a
   place where they can beINspired, brainstorm, work together and help each
   other on the way to achieve something they can be proud of and carry
   into the future. beIN also intends to provide the missing link between
   potential employer and employee.

3. **Agreement under the Duress – followed by Trying to end my life**

   I have met representatives of beIN Media Group llc together with their
   Sidley' lawyers in their London office on 5th June.

At that time, I already saw their lawsuits filed against me in 3 different states in U.S. I have seen they carefully manipulated the information (their own 'alternative facts') in the way it suits them which put me under extreme pressure, not being able to sleep for days, because they portrayed me as a cybercriminal that I'm NOT.

I have NOT been advised to bring a lawyer before the meeting as well as I have NOT been advised I should have a lawyer when we met.

Before I met the Plaintiff in London, the Plaintiff already somehow managed to literally **locked all domain names**. I am not exactly sure, how the Plaintiff manage to do it, however, they were lying to courts that they couldn't find me (Mr.Zicha) and that I was/am a cybercriminal. I have been in contact with the plaintiff via both — email and they had my phone number too. The Plaintiff could have contact me anytime if they wanted. I'm not sure how the Plaintiff managed to locked the domain names under beINhosting.com. When I (Mr.Zicha) contacted the ResellerClub Abuse Desk (I use the ResellerClub to manage mine and my customers Domain names and Hosting Services) to ask for more information in regards of the domain names being locked, the answer was that the domain names are a part of an ongoing lawsuit and they are not be in a position to unlock the domains until we receive further directions from the court.

- to explain what it means when Domain Names are locked:
  - **NO-ONE can update or manage nameservers or child-nameservers** –
    - this means that domain names can NOT be pointed to correct server, so, the websites or/and emails can NOT work properly

  - NO-ONE can update/edit/manage Theft Protection
  - NO-ONE can update/edit/manage Privacy Protection
  - NO-ONE can update/edit/manage GDPR Protection

  - **At the moment most serious fact is that – NO-ONE – can also RENEW the domain names** - This is extremely serious, because the domain names eventually expires and the would be deleted from my (Mr.Zicha') profile and I would lose them forever. Unfortunate and very serious example is at the moment **beINservices.com** - servicing beINservices Ltd, that expired Jun 19, 2018 and will be deleted from me on Aug 24, 2018.

Since the domain name already expired, my website is NOT working and emails are NOT working either. This obviously stopped the business completely and I'm not able to receive any emails - including those from government.

I have to again highlight, that **beINservices ltd was established in 2009 (3 years before Plaintiff beIN Sports). - If the domain names are NOT unlocked before those days, they will be deleted and I will can lose them forever: beINservices.com  - bought by Mr.Zicha on July 19, 2009**
**                        - will be deleted Aug 24, 2018**
**beIN.mobi    - bought by Mr.Zicha on July 2, 2009**
**             - will be deleted Aug 7, 2018**
**beIN.co      - bought by Mr.Zicha on Jul 20, 2010**
**             - will be deleted on Aug 28, 2018**

As you can see, **I have** already **lost control over** the domain names and even **my business**. If the domain names are not unlocked/available to me (Mr.Zicha) again, the first domain name I'm going to lose is beIN.mobi, followed by beINservices.com, followed by beIN.co and the list will only keep.

I am also not able to move/transfer any other domain names - even those outside of beIN dispute. Simply, all domain names bought and served by my own company/system/administrator-panel under beINhosting.com are now unmanageable/unmovable. Those domain names are not only my own, but also domain names of my customers and since they were locked, I'm not able to manage them and in a case I would lose beINhosting.com not only myself but anyone who has their domain name in beINhosting would lose access to their domain names, also their websites and emails would stop working too.

It's hard to explain how incredibly stressful this is, my anxiety is on extreme level all the time even with the help of medication. I can hardly imagine how I will be able to come in next days, weeks and months if I see everything disappearing from my account.

Going back to the meeting in the Plaintiff's office… where I met with Mr. Bhavesh Patel - Global Digital Director at beIN Media Group /

Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha - Signature:                4/15

Mr. Alastair Hopwood – Senior Associate – SIDLEY llp and I think with
other one or two SIDLEY's representatives (I'm sorry, I was under such a
stress I don't remember the names or exact number of people in the
office at the time of the meeting)... I have been told that nothing
would change the current domain names situation (including unrelated
domain names) until I give away ALL the beIN domain names, social media
profiles and anything beIN related... And even if I don't give them
away, I would lose everything anyway on Friday 8th June 2018 by the
court order.

I have been also threatened that if I don't agree I would be
investigated by Federal Police / FBI and I might be extradited to U.S.
Even though I knew I haven't done anything illegal, I already seen how
they managed to lock the domain names, I have already seen their scares
tactics, their luxurious HQ and since I haven't got contacts and
resources to defend myself in U.S. and the pressure kept escalated.

I have been also threatened that I might have to pay the beIN Media
Group llc attorneys fees if I don't agree on giving everything for no
compensation whatsoever. Knowing, that beIN Media Group llc. filed 3
different lawsuits in U.S. and using probably one of the biggest and
probably one of the most expensive lawyer firms anyone can pay for
(Sidley) and also meeting them in their luxurious HQ in Central London
only added to the pressure and immense anxiety that I have no choice but
to agree to their terms because I was scared I would not only lose my
businesses, but I would also have to pay for their fees which would be
only possible if I also lose our family flat.

The  pressure was so immense that I was thinking about taking my own
life since that meeting, I almost jumped under the train, however,
someone stopped me by asking me if I'm alright. Unfortunately, when I
couldn't bare it for any longer I have tried to take my life anyway in
less than 48 hours the meeting by taking all pills I have found at home
in front of my 1,5 year old daughter Anna.

Since that meeting, everything is blurry for weeks. I can't even recall
the trip back home properly or almost anything that happened afterwards
– including replying their (beIN Media Group llc) email with 'I agree' –
the one the Plaintiff uses as their argument of my agreement. All I

remember that I was praying for everything to be over and for my family to be safe again. I also remember that the people I met at the meeting told me that they would send me the full SETTLEMENT AGREEMENT later that week. I haven't received that document until the Jun 22 2018 only to find out it's still including lies as for example that I'm a cybersquatter. And of course I know one thing for sure, that I wouldn't ever agree on their ridiculous terms, especially if they still keep lying about me being a cybercriminal.

It's is still extremely hard to come to terms that the most disturbing situation, I mean taking my own life happened in front of my 1,5 year old daughter Anna.

I will be forever hunted by the look in her eyes full of tears. I love her dearly, I always took really good care of her, however, at the moment, I can't even be alone with her. I almost lost my life and she almost lost her father for rest of her life if my wife didn't find me.

I have spent 5 days in hospital, however, there is a possibility I'll never fully recover. Since that day, I have nightmares where I am hunted by the people who I talked to in London on 5th June and some kind of army. I can barely sleep and I have have night terrors attacks where I'm at vegetative state of terror… I can't move my body… I can't breath. Those are unfortunately PTSD symptoms and no-one can tell me when I'm going, or if I'm ever going to recover from them.
I still and maybe I'll have to forever take the anti-anxiety; antidepressants and sleeping medication.
I'm subsequently seeing by specialist psychiatric team.

Please, read the hospital release letter and letter from  Dr Naghum Dawood.

The impact that the current business concerns, locked domains = locked business is having on my mental health is significant and ongoing.

It's only recently, when I have found out that the lawsuits were done 'in rem' and what this  really means… it's only now, when I understand they were bluffing, putting me under pressure so I give everything away for nothing. Today, I know and I shouldn't have felt like I did.

I have contacted Mr. Bhavesh Patel about a week or two after my suicide
Attempt. He talked to me over the phone together the Plaintiff lawyer
from Sidley'. I explained what that I tried to take my own life and
how much their actions have effect on myself and all my family, however,
there wasn't any willingness to cooperate or step down from their
demands.  The Plaintiff still insists they want everything and
completely ignoring facts they carefully didn't mentioned in their
lawsuits and still threatening me with paying millions of USD.
It was only day after this call - on Jun 22 2018 they send me the
NON-CONFIDENTIAL ASSIGNMENT AND SETTLEMENT AGREEMENT.pdf via email which
still stated things like that I'm a cybersquatter etc. Of course I would
NEVER EVER agree on anything like that.

I have to unfortunately say, that since those problems, I have not been
able to work, i have lost many opportunities to work with new clients,
I almost lost clients, because I couldn't deliver what they needed at
the right time they needed.
The effect on my health is still ongoing. My wife is afraid to leave me
alone. Doctors are afraid to leave me alone with my daughter that I
always take great care of and love more than anything else. I have
constant nightmares and night terrors. I see the sad eyes of my little
daughter how she is looking at me when dying from overdose and I'm just
praying that she will one day completely forget and will not be hunted
by this horrible memory.
I wish I can move on but I still feel lost and scared and I'm not
capable of work.

I'm hoping this nightmare will be soon over.


## 4. Interests of beIN Media Group llc in buying beIN.com since 2014

   **The Plaintiff filings failed to disclose** that they reached out to me,
and made an offer of £165,000 pounds to purchase the domain names - thus,
acknowledging that I'm have a legitimate and superior rights in the <BEIN.com>
domain name.

The Plaintiff firstly contacted me through their associate - Tim Davenport - back in 11th February 2014 and offered to buy the beIN.com for the sum of £165,000.

**The Plaintiff  papers further omit that** they flew me (Mr.Zicha) to Qatar for the purposes of negotiating a sale.

The Plaintiff associate - Mr Olivier DUFOUR invited me to meet him and Mr Mohammad Abdulaziz Al-Subaie in Qatar to talk to me about possibility of buying the beIN.com in May 2015 on their own expense. I went to Doha on 22 Jun 2015, however, the Plaintiff documents they provide me with were not enough and I have not been allowed to enter the Qatar - I had to sleep at the airport on the bench and flight back the day after. To my surprise, no-one from Plaintiff came with the an offer and the time was simply wasted. Till today, I'm not sure what was the real purpose of inviting me to Doha.

**The Plaintiff papers further omit that they twice met with me** (Mr.Zicha) in London for the purposes of negotiating a sale.

I have then met Mr Mohammad Abdulaziz Al-Subaie twice in London. Unfortunately, he yet again didn't come with the offer, but he was clear to say that I wouldn't be able to sell it to anyone, because the own the Trademarks.

## 5. beOutQ Story

My actions in regards of beOutQ story were fueled by desperation, not maliciousness or bad intentions. I had been under pressure to get money to help my aunt, who is at the 4th stage of cancer, to try to help her medical bills. She is now paralyzed and has probably only few months to live. I shouldn't have tried to bluffed beIN Media Group that I had been contacted by beOutQ but I did it only so I could get beIN Media Group back to the table. I have explained this fact to the Plaintiff when I met them in London office on 5th June and apologize to them immediately and many times afterwards. My actions came only from desperation, not maliciousness or bad faith.

## 6. beIN domain names bought after 2014

It came to me as a surprise, that I shouldn't have bought any more beIN domain names after I heard about beIN Media Group for the first time. I like The Plaintiff always seen beIN as a global company and simply kept expanding my portfolio of beIN.com so we can expand to whole world using correct domain names. I have been doing that since beginning as for example beIN.in that I have bought back in 2008.

**The Plaintiff had many chances, but have never said anything that I, Jan Zicha, shouldn't buy more beIN related domain names because of their trademarks.**

**I, Jan Zicha, am not a trademark expert and I actually been offered buying the new extensions by the domain names companies very often – to give you an example, please see the www.bein.study.** There isn't any proof of bad faith, I, Jan Zicha, had simply vision of building global company and kept buying those domain names which were available to buy. I personally don't understand that if the Plaintiff wants other beIN domain names, why they never bought them when their were available and when they could have buy them without any problem.

However, I now understand that I shouldn't have bought any of those domain names after I knew about beIN Media Group back in 2014 and I have already agreed on transferring all domain names I have bought even since 2012. Those for example include those bein.space, bein.qa, bein.ae, bein.hk, bein.jp, bein.work (which have been already successfully transferred to the Plaintiff) and beinfilms.com, beinchannel.com, beinchannels.com, beinentertainment.com which for your information do NOT redirect to beIN.com as The Plaintiff is wrongly accusing me of! I, Jan Zicha confirm, that I will personally transfer those domain names which I have bought since 2012, to the Plaintiff as soon as I can – as soon as it's possible (this will be only possible as soon as the domain names are unlocked).

I have already stopped renewing the domain names I have bought since 2012 – I already don't own for example: beIN.global; beIN.press; onbeIN.com; beinentertainment.com; beIN.domains….

6. **The Plaintiff filings failed…**

- **The Plaintiff filings failed to disclose** that I (Mr. Zicha) have also incorporated company **beINservices Ltd in 2009** - to server online services and beIN.com. I have later incorporated the 'beIN.com Ltd' in May 2016 only to separate beIN.com from beINservices.

- **The Plaintiff filings failed to disclose** that I (Mr. Zicha) have also established **beINhosting.com** - the Domain Name and Hosting **since 2009** as a part of beINservices Ltd and I use it since.  I'm using beINhosting.com for my business business since 2009 and the filing of the actions by The Plaintiff constitutes reverse domain name hijacking. This seriously harm my business since May 2018, because or my clients can not manage the domain names hosted under the beINhosting.com.

- **The Plaintiff falsely** informed court that beINhosting.com wasn't used at all and provided the court with blank pages.

- I, Jan Zicha, have informed The Plaintiff about this fact many, many times and they have decided to completely ignore it and they used that fact as a tool to threaten me again… saying, that everything would stay as it is (locked and unmanageable) until I don't forward every beIN related domain name, social media account etc to them).

- **The above clearly shows that the Plaintiff is behaving in bad faith, not only by hiding the facts about beINhosting.com before the court but also by trying to force me, Mr. Jan Zicha, to give the beINhosting.com to them and by that being forced to close my business that exists since 2009. (which is 3years before the Plaintiff even incorporated their first beIN Sports brand in 2012!)**

## 7. Link to other website on beIN.com

**The Plaintiff falsely informed court that I am advertising other website on current beIN.com and benefiting from it.** I (Mr. Zicha) am the lawful owner of beIN.com since 2008… I'm also running global creative writing community originally called Opuss and now Opusia with over 50.000 users from around the world. Opusia is the only other link I have showed on beIN.com - Clearly Stating *<Love to Read? Love to Write? Join our friends at OPUSIA.com>*. Opusia is truly an amazing free network that helps people to express their

feelings and thought through poetry. Opusia and myself work with charities as for example PoetsIN to help people in need — as said by PoetsIN founders *<Finally, I'd personally like to thank every single one of you for your help and support, with big thank you's going to Honza Jan Zicha. He and I have a lot more to bring you guys. Stay tuned for those.>* Opuss, have been featured as top Application in 5 different countries and even on famous Techcrunch website. Opuss/Opusia is helping people which can be proved from all around the world and there is nothing wrong about me trying to spread the word about it.

### 8. Visitors Subscription on beIN.com

**The Plaintiff falsely informed court** that I unlawfully take data from the visitors of beIN.com (asking them to subscribe beIN.com newsletter) to get access to new beIN.com development website. — There is nothing illegal about that matter, beIN.com is developed by my company beIN.com Ltd & INings Ltd — that registred all its activity under ICO — Information Commissioner Office — British Data Protection Public Register — The UK's independent authority set up to uphold information rights in the public interest, promoting openness by public bodies and data privacy for individuals. Registration number: ZA282994 (bein).

### 9. Advertisement on beIN.com

**The Plaintiff falsely informed court** that Mr.Zicha benefit from beIN Media Group good name by advertising on beIN.com. beIN.com is a property of Mr.Zicha since 2008 and had advertisement on beIN.com many years before the Plaintiff even existed (at least 4 years before the Plaintiff — beIN Sports as a brand first launched back in June 2012 in France). I (Mr.Zicha) strongly believe it's my right to have an advertisement on my own websites.

**Their statement also shows that the Plaintiff believed clearly believe that they would greatly benefit from having owning beIN.com and advertisement.**

### 10. Social Media Accounts

Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha – Signature: ⟨signature⟩    11/15

I, (Mr. Zicha) am **running our beIN Social Media Accounts for around 9-10 years** now. My beIN Social Media Accounts have **NEVER EVER publish anything against the Plaintiff** - beIN Sports - beIN Media Group llc or any other part of their business.

It's again false claim by the Plaintiff to say that I, Jan Zicha, breach their trademarks by using my beIN Social Media Accounts that I have clearly created and havilly used at least 3 years before the beIN Sports/Media was even incorporated.

To give you an example, facebook.com/beIN and twitter.com/beIN has over 33.000 followers and over 3,490 posts only on Twitter - I have NEVER EVER publish anything against the Plaintiff and you can still see the evidence on the those pages.

## 11. BuySellDns Ltd

The Plaintiff wrongly accused me from making a living by reselling domain names for profit. BuySellDns Ltd is registered company, but have never sold or resold any domain name and haven't yet even been developed.

Also, I should mentioned that beINhosting.com is running from 2009 and is selling domain names. Yet again, this activity is at least 3 years older than beIN Sports as a brand first launched back in June 2012 in France.

## 12. The National Cyber Security Centre - current beIN.com

I have already contacted the British National Cyber Security Centre in regards of this dispute and also in regards of the fact that since 2015 the beIN.com is being under constant cyber attack.

To give you an example, beIN.com have been attached over 5 million times since this January.

I'm carefully collecting the IP addresses of the serves that are attacking beIN.com and the British National Cyber Security Centre ncsc.gov.uk will be looking at them soon.

I'm in no way saying those attacks are done by The Plaintiff, but it's surprising those attacks started after the meetings with them and they are so big I have been forced to close the beIN.com at that time for security

reasons.

Those attacks are the only reason why I closed the original beIN.com thriving professional networking community! I couldn't risk losing their personal data, so I had to close it for security reason.  Of course it takes much longer to build or rebuild something in a small team of few people. This is the only reason why the beIN.com has at the moment only few pages before I can re-release it.

### 13. beIN.com eco-system

The complete true is that beIN.com was one of my first projects I have started to work in my bedroom when I was still at the University. Since then, all projects and websites are directly linked to beIN.com. This means that if beIN.com is forcly taken from me, I would lose access to my websites and emails not only for beIN.com ltd, but also for beINservices ltd, Opusia.com, beINhosting.com and so on.

This means that everything I have worked on since 2008 would be lost. 1000s of my clients would be demanding compensations and there wouldn't be anything in my power to stop them or defend myself or my family. I'm extremely scared of this proposition and I found it quite shocking that even after I tried to explain this to the The Plaintiff, they keep demanding absolutely everything without any mercy.

Even, if I will ever sell or move beIN.com to any other provider, it would take up to 8-12 weeks and considerable amount of money to do so, to move everything to new places and to close businesses.

Taking forcefully my business – beIN.com and those related business would completely destroy my life. I honestly can't cope with anymore pressure and I'm afraid I will not be able to cope with such a stress.

### 14. NO evidence of harming The Plaintiff's business

There is simply no evidence that I tried to harm their business in any way or benefit from their own business.

### Conclusion and current implication on my business, health and family…

Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha – Signature:                13/15

I (Mr. Zicha) am not hiding any activity and the Plaintiff is just orchestrating the facts in the way it suits to them using all ways possible to take everything for nothing and making me look like a criminal that I'm not.

I agree that making the story about being contacted by beOutQ was extremely foolish and I shouldn't have done so and I have apologized for that and yet again - I'm truly sorry.  The reason for that action have been explained in this document. I, myself, also flown to Qatar on the Plaintiff invitation for absolutely nothing. We all make mistakes I'm not a criminal and I and my family doesn't deserve what is happening at the moment.

In my humble opinion… I don't feel it's right to literally steal all the businesses I have worked on since 2008. It's quite clear to me, that The Plaintiff have decided to take everything from me long time before the beOutQ story. They have come with very cleverly calculated/orchestrated and compelling but very untruful story about me being cyber criminal.

Because of that, I have already almost lost my life and as mentioned in point 13. This would completely destroy all my and other businesses and I'm honestly scared it would kill me and destroy my whole family.

Now, I (Mr.Zicha) am here trying to defend myself against one of the biggest Media Giant on the planet that had many opportunities to buy the beIN.com I own since 2008. The Plaintiff had many years to secure the beIN.com since they firstly incorporated the beIN Sports in 2012.

I'm extremely hardworking individual coming from very poor background and I had to work very hard on things that I own in my life. I have a 1,5 year old daughter that needs her father and I she is the victim here too.

I have very good track record, I have never harm or had any problems with anyone or law. I'm working with charities and my actions are helping 100s maybe 1000s of people around the world.

beIN.com is very much active project that I have spent over 10 years of my life working on and the project isn't dead as The Plaintiff is trying to suggest. I spent over £350.000,- and 40.000 hours on it and I believe I have rights to keep it and continue working on it. I don't think it was right to push me to the corner and demand everything for absolutely nothing.

Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha - Signature:                14/15

At the moment, all beIN domain names I own are locked. It's also very serious, because I can't even renew them and this means that currently beINservices ltd is not operating at all at the moment, because the beINservices.com I'm running since 2009 expired and I can't renew as long as it's locked. This means all emails stopped working and website too.

+ At the moment, all domain names under beINhosting.com can't be namagged  - transferred and losing the beINhosting.com would mean not only myself but all the customers I gained since 2009 would lose their domain names, their websites would stop working as well as their emails.


Your Honour, I - Defendant - Jan Zicha - think that myself and whole my family suffered enough and I oppose the plaintiff's motion. Your Honour, please stop the 'Motion to Enforce Settlement' and kindly ask the Plaintiff to leave me and my family alone without any further threads.

Truly yours
Jan Zicha

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### "Affidavit / Declaration"

Bein Media Group, LLC v. Bein.com, et al. --- Index No.: 18-CV-11061

### Plaintiff

beIN Media Group llc.

### Defendant

Mr. Zicha

Mr. Zicha submits this "Affidavit / Declaration" for the Memorandum of Law to oppose the Motion of Settlement Enforcement against him by Plaintiff.

(the "Memorandum of Law" document is also included)
( 30 pages of Exhibits Document attached)


I - Jan Zicha - swear the contents of this affidavit to be true.

Print Name: Jan Zicha                    Date: 27.07.2018
Location:   Flat 72                      Signature:
            Embasst Court
            Brighton
            BN1 2PY
            United Kingdom


Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha - Signature:                1/4

1,   A, I am a resident of the United Kingdom
          - Exhibit 1 A - Scanned Copy of my British Residential Card
     B, My current address is
          - Flat 72, Embassy Court, Brighton, BN1 2PY United Kingdom
          - Exhibit 1 B - Prove of Address - Scanned Bank Statement

2,   A, I'm the owner of beIN.com since 2008.
          - Exhibit 2a - Proof of Registration of domain name in 2008
          - Exhibit 2b - Examples of Use of beIN.com History
                         from 2008 - until present day.

     B, I have incorporated the beINservices Ltd back in 2009
          - Exhibit 2 B - Prove - British Companies House Government Website

     C, Part of beINservices ltd is also beINhosting Ltd established in 2009
          - Exhibit 2 C - Examples of Use of beINhosting Ltd History
                         from 2009 - until present day.
          - Exhibit 2 C1 - Proof of Registration of domain name in 2008


3,   A, Agreement under the Duress - Followed by Suicide Attempt
          - Exhibit 3 A - Proof of Suicide Attempt
                         - Proof of Current health condition
                           and significance on my life
               Document by Dr Naghum Dawood MBBS MSCP BSc MSc PGCert

     B, Locked Domain Names -
          - Exhibit 3 B - Proof/Example of some locked domain names
                         - beINservices.com - beIN.mobi - beIN.co
          - Exhibit 3 B1 - Proof/Example of soon to be deleted and lost
               domain names - beINservices.com - beIN.mobi - beIN.co
          - Exhibit 3 B2 - Proof that I have received the
               SETTLEMENT AGREEMENT.pdf from the plaintiff via email for
               the first time on 22nd June 2018.


4. Interests of beIN Media Group llc in buying beIN.com since 2014

Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha - Signature: 2/4

- Exhibit 4 A - Proof that The Plaintiff filings failed to
     disclose that they reached out to me, and made an offer
     Of £165,000 pounds to purchase the beIN.com in 2014

- Exhibit 4 B - Proof that The Plaintiff failed to disclose that
     they flew me (Mr.Zicha) to Qatar for the purposes of
     negotiating a sale in 2015.

## 5. beOutQ Story - Family illness

- Exhibit 5 A - Proof of the illness in family - Copy of the
     Original Document by Czech doctors from Czech hospital.

- Exhibit 5 B -   Translated the Most important parts
                of the Exhibit 5 A.

## 6. Domain names after 2014

- Exhibit 6 A - Proof that I have been offered buying other beIN.
     domain names extension by domain names companies which also
     don't know about the trademarks. - example of such a offer
     www.bein.study.

- Exhibit 6 B - Proof that there wasn't a bad faith by buying
     other beIN domain name extensions... by showing I have been
     buying other extensions way before beIN Sports was firstly
     incorporated back in 2012

## 7. Link to other website (opusia.com) on beIN.com

- Exhibit 7 A - Proof that I'm the owner of Opusia
- Exhibit 7 B - Examples of the Opusia poetry
     (proof of genuine quality - proving that sharing Opusia is
          not cybersquatting).
- Exhibit 7 C - Proof that I and Opusia works with PoetsIN
          registered charity and actually helps people.

## 8. Visitors Subscription on beIN.com

- Exhibit 8 A - Proof that I lawfully take data from the

Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha - Signature: 3/4

visitors of beIN.com by being registered at ICO – The
British Information Commissioner Office.

## 10. Social Media Accounts

- Exhibit 10 A – Proof that my beIN Social Accounts are not used
  against the Plaintiff – examples of a daily use of beIN.com
  Twitter & Facebook Account. Also with a proof of using them
  since 2009 – 3 years before the first Plaintiff 'beIN
  company' the beIN Sports as a brand first launched back in
  June 2012.

## 12. The National Cyber Security Centre – current beIN.com

- Exhibit 12 A – Proof of contacting The National Cyber Security
                 Centre
- Exhibit 12 B – Proof of / Examples of the Hackers attempts to
                 harm beIN.com

Index No.: 18-CV-11061 / 27.07.2018 / By Jan Zicha – Signature:  4/4