UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEIN MEDIA GROUP LLC,<br><br>                Plaintiff,<br>vs.<br><br>BEIN.COM, BEIN.BIZ, BEIN.CO, BEIN.EVENTS, BEIN.IN, BEIN.MEDIA, BEIN.MOBI, BEIN.PRO, BEIN.TEL, BEIN.TV, BEINCHANNEL.COM, BEINCHANNELS.COM, BEINENTERTAINMENT.COM, BEINFILMS.COM, BEINHOSTING.COM, BEINSERVICES.COM AND ONBEIN.COM<br><br>                Defendants *in rem*. | Civil Action No. 18-CV-11061-DJC |

## [PROPOSED] JUDGMENT

This is an *in rem* action filed by Plaintiff beIN Media Group LLC ("beIN" or "Plaintiff") against the Defendant Domain Names <bein.com>, <bein.biz>, <bein.co>, <bein.events>, <bein.in>, <bein.media>, <bein.mobi>, <bein.pro>, <bein.tel>, <bein.tv>, <beinchannel.com>, <beinchannels.com>, <beinentertaiment.com>, <beinfilms.com>, <beinhosting.com>, <beinservices.com> and <onbein.com>. Honza Jan Zicha ("Mr. Zicha") is the registrant of the Defendant Domain Names. The registrar of the Defendant Domain Names is located in this judicial district and has deposited a certificate tendering control of the Defendant Domain Names to this Court pursuant to 15 U.S.C. § 1125(d)(2)(D)(i). *See* ECF No. 17.

Pending before the Court is Plaintiff's Motion to for Entry of Judgment. The Court has considered Plaintiff's motion, memorandum of law, and the facts in the accompanying declarations. Plaintiff has requested statutory damages, attorneys' fees, and costs, in an amount separate from and which does not overlap with the amounts that Plaintiff may be entitled to

recover in *beIN Media group LLC v. bein.ae, et al.* (S.D. Cal. Case No. 3:18-cv-01042-CAB-MDD) and *beIN Media Group LLC v. bein.qa*, (D. Del. Case No. 1:18-cv-00794-CFC).

IT IS HEREBY ORDERED THAT:

1. Mr. Zicha has failed to answer Plaintiff's Complaint, and Plaintiff has confirmed the facts alleged in its Complaint through sworn declarations. *See* ECF Nos. 8-2, 8-3, 8-4.

2. Mr. Zicha has violated the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. §1125(d), by registering, renewing, and/or using the Defendant Domain Names in bad faith, including by attempting to extort over $500,000.00 from beIN on the eve of the World Cup by threatening to sell the Defendant Domain Names to the notorious pirate beoutQ, which Mr. Zicha knew had been costing beIN millions of dollars in lost revenue from the piracy of beIN's broadcasts.

3. Plaintiff, as the rightful owner of the "beIN" marks, is the rightful owner of the Domain Names at issue, including the Defendant Domain Names.

4. The Court has previously ordered the registrar(s) of the Defendant Domain Names to transfer them to Plaintiff. *See* ECF No. 28.

5. Mr. Zicha shall pay Plaintiff $49,000 in statutory damages for the 17 domain names at issue in this case, pursuant to 15 U.S.C. § 1125(d)(3) and § 1117(a).

6. Mr. Zicha shall pay Plaintiff's court costs in the amount of $1,379.25, pursuant to 15 U.S.C. § 1125(d)(3) and § 1117(a) and as described in Plaintiff's Bill of Costs (ECF No. 32).

7. Mr. Zicha acted willfully, deliberately, and in bad faith in his registration, trafficking in, and/or use of the Defendant Domain Names. Mr. Zicha has also unduly prolonged this litigation by entering into and then reneging on an enforceable settlement agreement and further by ignoring this Court's order that the settlement agreement reached by the parties is

-3-

enforceable. This is therefore an "exceptional case" under 15 U.S.C. § 1117(a). Accordingly, Mr. Zicha shall compensate Plaintiff for the reasonable attorneys' fees of $75,780.60 associated with this action for work done by Plaintiff's counsel, Sidley Austin LLP, plus additional reasonable attorneys' fees incurred in preparing the motion for entry of judgment. Plaintiff has (20) days from the date of this Order within which to submit to the Court Plaintiff's statements of its additional fees.

8. Judgment is hereby entered in favor of Plaintiff and against Mr. Zicha in the amount of $126,159.85, plus the additional amount to be determined after Plaintiff submits its statements of its additional fees.

SO ORDERED.

DATED: August 29, 2019

HON. DENISE J. CASPER
U.S. District Judge